IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TLLAHASSEE DIVISION

MICHAEL BROWN,

    Petitioner,

v.                                 Case No. 4:17cv509-MW/MJF

MARK S. INCH,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 42. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Michael R. Brown*, Leon County Circuit Court Case No. 2011-CF-2407, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED** on January 16, 2020.

                                                   s/ MARK E. WALKER
                                                 **Chief United States District Judge**